# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ruben M. Collazo,                                  :
                              Petitioner          :
                                                   :
                    v.                             :          No. 244 C.D. 2018
                                                   :
Pennsylvania Gaming Control Board,                 :
                              Respondent           :

**PER CURIAM**                         **O R D E R**

NOW, February 1, 2019, upon consideration of petitioner's application for reconsideration, the application is denied.